# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

April 16, 2025

*Before*

THOMAS L. KIRSCH II, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*

| No. 24-3182 | WILLIAM L. ARMSTRONG III,<br>Plaintiff - Appellant<br><br>v.<br><br>BOYLAND AUTO BGMC LLC, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:24-cv-00765-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller ||

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)