# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 21, 2025

*By the Court:*

| No. 24-3182 | WILLIAM L. ARMSTRONG III, <br> Plaintiff - Appellant <br><br> v. <br><br> BOYLAND AUTO BGMC LLC, et al., <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:24-cv-00765-JPS <br> Eastern District of Wisconsin <br> District Judge J. P. Stadtmueller ||

    Upon consideration of the **MOTION FOR INCREASED WORD LIMIT FOR PETITION FOR REHEARING EN BANC, AND PETITION FOR PANEL REHEARING, AND MOTION FOR EXTENSION OF TIME TO FILE PETITIONS FOR REHEARING EN BANC AND PETITION FOR PANEL REHEARING, AND ALSO A MOTION FOR RECONSIDERATION GENERALLY**, filed on April 17, 2025, by the pro se appellant,

    **IT IS ORDERED** that the request for an extension of time is **GRANTED** to the extent that appellant's petition for rehearing, if any, is due on or before May 30, 2025.

    **IT IS FURTHER ORDERED** that the request for leave to file an oversized petition for rehearing is **DENIED**.

form name: **c7_Order_BTC**     (form ID: **178**)