# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 2, 2025

*By the Court:*

|  | WILLIAM L. ARMSTRONG III, |
|---|---|
|  | Plaintiff - Appellant |
| No. 24-3182 | v. |
|  | BOYLAND AUTO BGMC LLC, et al., |
|  | Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 2:24-cv-00765-JPS ||
| Eastern District of Wisconsin ||
| District Judge J. P. Stadtmueller ||

Upon consideration of the **SECOND MOTION FOR RECONSIDERATION AND INCREASED WORD COUNT FOR PETITION FOR REHEARING AND REHEARING EN BANC, AND MOTIONS TO SUSPEND FRAP 46, CIRCUIT RULE 46, AND OTHER RULES, AND FOR ADMISSION AS ATTORNEY VIA WRIT OF ATTORNATIO**, filed on May 1, 2025, by the pro se appellant,

**IT IS ORDERED** that the requests for relief are **DENIED**. Appellant William Armstrong is reminded that, for the purposes of whether to grant rehearing, this court will consider only the contents of the document that Armstrong deems to be his petition for rehearing and that complies with the length limitations in Rule 40(d) of the Federal Rules of Appellate Procedure.

form name: **c7_Order_BTC**   (form ID: **178**)