# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 28, 2025

*By the Court:*

| No. 24-3182 | WILLIAM L. ARMSTRONG III,<br>Plaintiff - Appellant<br><br>v.<br><br>BOYLAND AUTO BGMC LLC, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:24-cv-00765-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller ||

Upon consideration of the **MOTION**, filed on May 27, 2025, by the pro se appellant,

**IT IS ORDERED** that the motion is **DENIED**.


form name: **c7_Order_BTC**     (form ID: **178**)