# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 11, 2025

**Before**

THOMAS L. KIRSCH II, *Circuit Judge*

JOHN Z. LEE, *Circuit Judge*

NANCY L. MALDONADO, *Circuit Judge*

No. 24-3182

| | |
|---|---|
| WILLIAM L. ARMSTRONG III,<br>            *Plaintiff-Appellant,*<br>    *v.* | Appeal from the United States District Court for the Eastern District of Wisconsin. |
| BOYLAND AUTO BGMC LLC, *et al.*,<br>            *Defendants-Appellees.* | No. 2:24-cv-00765<br><br>J.P. Stadtmueller,<br>*Judge.* |

**O R D E R**

Appellant filed a petition for rehearing and rehearing *en banc* on May 27, 2025. No judge in regular active service has requested a vote on the petition for rehearing *en banc*, and all judges on the original panel have voted to deny the petition for rehearing.

Accordingly, the petition for rehearing and rehearing *en banc* is **DENIED**.