# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

June 20, 2025

To:   Gina M. Colletti
      UNITED STATES DISTRICT COURT
      Eastern District of Wisconsin
      Milwaukee, WI 53202-0000

| | |
|---|---|
| No. 24-3182 | WILLIAM L. ARMSTRONG III,<br>Plaintiff - Appellant<br><br>v.<br><br>BOYLAND AUTO BGMC LLC, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 2:24-cv-00765-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                                      No record to be returned

form name: **c7_Mandate**    (form ID: **135**)