# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 4, 2026

Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604

Re: William Louis Armstrong
v. Boyland Auto BGMC LLC, et al.
No. 25-6712
(Your No. 24-3182)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 30, 2025 and placed on the docket February 4, 2026 as No. 25-6712.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst